UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BANK OF AMERICA, N.A.
(USA), a national bank,

        NO. CIV. S-06-1971 LKK/KJM

    Plaintiff,

  v.

        O R D E R

MIRIAM MILLER, an individual,
CONSUMERS AGAINST UNFAIR
BUSINESS PRACTICES, a California
nonprofit corporation, and
DOES 1 through 100 inclusive,

    Defendants.
_____/

    The court is in receipt of plaintiff's ex parte application for a continuance of defendant's motion to dismiss or stay, which is currently set to be heard on December 1, 2006.  Good cause shown, the court orders as follows:

    1.    The hearing date on defendant's motion to dismiss or stay is hereby CONTINUED to December 11, 2006.

////

////

////

1

1          No further extensions will be granted.
2     IT IS SO ORDERED.
3     DATED: October 24, 2006.

```
                                    /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```

2